# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE A.M. CLOANINGER, Esq., as Guardian Ad Litem for A.F., a Minor Child,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF WASHINGTON, DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>Defendants. | NO. 2:14-CV-00122-JLQ<br><br>ORDER OF REMAND |

On June 18, 2014, the parties filed a Stipulation (ECF No. 9) wherein they agreed to the dismissal of Plaintiff's § 1983 claims with prejudice and agreed to the dismissal of Defendant Corrie Tollet with prejudice. At the time set for Scheduling Conference on June 19, 2014, William A. Gilbert appeared for Plaintiff, and Assistant Attorney General Carl P. Warring appeared for Defendants. The court confirmed with counsel the filing of the Stipulation and the request for the matter to be remanded to state court. Accordingly,

**IT IS HEREBY ORDERED**:

1. The parties have stipulated to the dismissal of Plaintiff's Section 1983 claims contained in the Complaint with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).

2. The parties have stipulated to the dismissal of Plaintiff's claims contained in the Complaint against Defendant Corrie Tollett with prejudice, and with the agreement (set forth more fully at ECF No. 9, p. 2) that Ms. Tollett was acting in the course and scope of her employment.

3. This action is **HEREBY REMANDED** to the Superior Court of Washington

ORDER - 1

for Whitman County, where it was originally filed as Case No. 14-2-00068-3.

4. The Clerk shall mail a certified copy of this Order of remand to the Clerk of Whitman County Superior Court. The Superior Court may thereupon proceed with this case. 28 U.S.C. § 1447(c).

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order, furnish copies to counsel, and close this file.

**DATED** this 19th day of June, 2014.

                                s/ Justin L. Quackenbush
                              JUSTIN L. QUACKENBUSH
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2